IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE ROBERT FULMORE,

    Plaintiff,

v.                                          CASE NO. 4:14cv683-RH/GRJ

MEDICAL DEPARTMENT, DOC,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 28. No objections have been filed. The recommendation is for dismissal without prejudice. That is the correct result for two reasons, each of which would be sufficient standing alone.

First, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g). He alleges he has suffered injury—that he has gone blind in his right eye, an outcome he apparently attributes to the defendant's deliberate indifference to a serious medical need—but he does not adequately alleged facts showing that he is in

imminent danger of *additional* serious physical injury.  The plaintiff therefore cannot proceed *in forma pauperis*.

Second, the plaintiff failed to disclose prior lawsuits as required by this district's standard prisoner civil-rights complaint form.  ECF No. 7 at 4–5.  Dismissal without prejudice is not too severe a sanction under these circumstances.  *See, e.g.*, *Redmond v. Lake Cty. Sheriff's Office*, 414 F. App'x 221, 225-26 (11th Cir. 2011) (affirming dismissal on this basis).   If the form is to serve its purpose, a plaintiff must provide accurate information.  If word got around the prisons that inaccurate or incomplete information could be provided with no effective sanction, the form would serve little purpose.  And word does get around the prisons.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion.  The clerk must enter judgment stating, "The plaintiff's claims are dismissed without prejudice."  The clerk must close the file.

SO ORDERED on March 16, 2016.

                              s/Robert L. Hinkle
                              United States District Judge